K-F/X Rentals & Equipment, LLC, Appellant, et al., Plaintiffs, v FC Yonkers Associates, LLC, Defendant, and P.J. Herman, LLC, Respondent. (And a Third-Party Action.) [15 NYS3d 891]—In an action to recover damages for injury to property, the plaintiff K-F/X Rentals & Equipment, LLC, appeals, as limited by its brief, from so much of an order of the Supreme Court, Westchester County (Wood, J.), dated May 2, 2014, as, in effect, denied that branch of its motion which was pursuant to CPLR 3126 to strike the answer of the defendant P.J. Herman, LLC.

Ordered that the order is affirmed insofar as appealed from, with costs.

Under the circumstances of this case, the Supreme Court properly, in effect, denied that branch of the appellant's motion which was pursuant to CPLR 3126 to strike the answer of the defendant P.J. Herman, LLC (hereinafter P.J. Herman). The appellant waived any objection to the adequacy of P.J. Herman's disclosure by filing a note of issue and certificate of readiness prior to moving pursuant to CPLR 3126 for the imposition of a discovery sanction (*see Marte v City of New York*, 102 AD3d 557, 558 [2013]; *Rivera-Irby v City of New York*, 71 AD3d 482, 482 [2010]; *Iscowitz v County of Suffolk*, 54 AD3d 725, 725 [2008]). Rivera, J.P., Dickerson, Miller and Duffy, JJ., concur.